United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Nanda, Jiten Jay

Case Number: 3:13-CR-065-M (02)

Receipt of Passport

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: Z2112786 Republic of India

Tendered by: Defendant's Attorney

For the Benefit of: Jay Nanda

Description: Passport

Karen Mitchell
Clerk of Court

*Doug Thornton* (signature)

Doug Thornton, Deputy Clerk
Date: 02/27/2013