IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:13-CR-065-M |
| JITAN "JAY" NANDA (2) | § | |

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED FEB 27 2013 CLERK, U.S. DISTRICT COURT By _____ Deputy**

## LIMITED ENTRY OF APPEARANCE AS COUNSEL OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I hereby enter my limited appearance as retained counsel for the above-named Defendant in this cause for purposes of the initial appearance, detention hearing and preliminary hearing in this case. I am not making an entry of appearance for any other purpose at this time.

I understand that it is my duty to continue to represent the named Defendant in connection with the above-listed proceedings therein in this Court.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

/s/ Michael P. Gibson

MICHAEL P. GIBSON
TEXAS BAR CARD NO.07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543

COUNSEL FOR DEFENDANT
JITAN "JAY" NANDA

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing motion was delivered to Cynthia D. Goodman, the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 27th day of February, 2013.

                                                     MICHAEL P. GIBSON