# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ** , Presiding
DEPUTY CLERK **MARIE RAMOS**                    COURT REPORTER/TAPE ____FTR____
LAW CLERK _____                    USPO _____
INTERPRETER _____                     COURT TIME: __1 MIN.__
A.M. _____     P.M. __2:00__                  DATE: February 27, 2013

---

CR. No. __3:13-CR-065-M__     DEFT No. (02)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CYNTHIA GOODMAN, AUSA |
| v. | § | |
| JITEN JAY NANDA | § | MIKE GIBSON  R |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT

☒ ......   Defendant SWORN.

☒ **arr.** Arraignment   ☐ **rearr.** Rearraignment - Held on count(s) __1, 2-11__
         of the __11__ count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ ......   New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).

☒ **pl.** Deft enters a plea of   ☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)

☐ ......   Consent to proceed before U.S. Magistrate Judge on misdemeanor case.

☐ ......   Waiver of Jury Trial

☐ **wvindi.** Waiver of Indictment, filed.

☐ ......   Plea Agreement accepted.   ☐ Court defers acceptance of Plea Agreement.

☐ **plag.** Plea Agreement filed (see agreement for details).   ☐ ...... No Plea Agreement.

☐ ......   Plea Agreement included with Factual Resume.

☐ **facres.** Factual Resume filed.

☐ **sen.** Sentencing set _____ at _____ a.m./p.m.

☒ **jytrl.** Trial set for __TBA__ at _____ a.m./p.m.
         Pretrial motions due: _____. Discovery motions/Government Responses due: _____.

☐ ......   Order for PSI, Disclosure Date and Setting Sentencing entered.

☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.

☒ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☒ PR

☐ **owarr.** Deft failed to appear, bench warrant to issue.

☒ ......   Bond ☒ continued ☐ forfeited

☐ ......   Deft Custody/Detention continued.

☐ **loc.(LC)** Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB 27 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy