ORIGINAL

U.S. MARSHALS SERVICE
N/TX DALLAS
2013 FEB 20 PM 4:47

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 MAR -4 PM 1:57

DEPUTY CLERK _____

SEALED

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

JITEN "JAY" NANDA

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-cr-065-M-(02)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JITEN "JAY" NANDA
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Visa Fraud
Wire Fraud

in violation of Title   18; 8; 18

United States Code, Section(s)

371; 1324(a)(1)(A)(iv), 1324(a)(1)(B)(i) ; 1343; 2

---

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

U.S Magistrate Judge Paul D. Stickney

*Karen Mitchell*
Signature of Issuing Officer

Feb 20, 2013
Date

Dallas, TX
Location

s/ Y. Pace
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dallas TX |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/21/13 | SPECIAL AGENT Kimberly Frank | *Kimberly Frank* |
| DATE OF ARREST 2/27/13 | | |

FID: 9D44906