IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| V. | *  Criminal No.: 3:13-CR-065-M (02) |
| | * |
| JITEN JAY NANDA, | * |
| Defendant. | * |

## ORDER OF REFERRAL

Because the Defendant did not comply with the Court's Order of March 21, 2013, it is Ordered that this matter be referred to Magistrate Judge Paul D. Stickney to determine if Defendant Nanda qualifies for court-appointed counsel.

SO ORDERED.

DATED:    April 8, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS