IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:13-CR-065-M |
| JITEN "JAY" NANDA (02) | § | |

## ENTRY OF APPEARANCE AS COUNSEL OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I hereby enter my appearance as retained counsel for the above-named Defendant in this cause.

I understand that it is my duty to continue to represent the named Defendant in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

    Respectfully submitted,

    BURLESON, PATE & GIBSON, L.L.P.

    */s/ Michael P. Gibson*
    _____
    MICHAEL P. GIBSON
    TEXAS BAR CARD NO.07871500

    900 Jackson Street, Suite 330
    Dallas, Texas 75202
    Telephone: (214) 871-4900
    Facsimile: (214) 871-7543
    Email: mgibson@bp-g.com

    COUNSEL FOR DEFENDANT
    JITEN "JAY" NANDA

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Cynthia D. Goodman, Esq., the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 15th day of April, 2013.

                                              */s/ Michael P. Gibson*

                                              _____
                                              MICHAEL P. GIBSON